| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Emerson, George W. | U.S. Bankruptcy Court, WDTN | 08/06/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. Bankruptcy Court Judge | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ✔ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

Suite 675, One Memphis Place
200 Jefferson Avenue
Memphis, Tennessee 38103

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Emerson, George W. | 08/06/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Delta Materials Handling |
| 2. | 2017 | The Costa Company, LLC |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Emerson, George W. | 08/06/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Emerson, George W. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Investment Account #1 (H) | | | | | | | | | |
| 2. | Berkshire Hathaway Inc Del Cl B New (BRKB) | | None | K | T | | | | | |
| 3. | Dodge & Cox Stock Fund (DODGX) | A | Dividend | K | T | | | | | |
| 4. | | C | Distribution | | | | | | | |
| 5. | Fidelity Advisor Strategic Income (FSRIX) | A | Dividend | J | T | | | | | |
| 6. | | A | Distribution | | | | | | | |
| 7. | Fidelity Advisor New Insights Fund Class 1 (FINSX) | C | Distribution | L | T | | | | | |
| 8. | | A | Dividend | | | | | | | |
| 9. | Standard & Poors Depositary Receipts (SPY) | A | Dividend | K | T | | | | | |
| 10. | Technology Select Sector SPDR ETF (XLK) | A | Dividend | K | T | | | | | |
| 11. | Carmax Inc. Com (KMX) | | None | K | T | | | | | |
| 12. | Morgan Stanely Asia Pacific FD Inc. (APF) | A | Dividend | | | Sold | 08/09/17 | K | A | |
| 13. | Fidelity Advisor Mid Cap II Fund (FIIMX) | B | Distribution | K | T | | | | | |
| 14. | | A | Dividend | | | | | | | |
| 15. | Yum Brands Inc com (YUM) | A | Dividend | K | T | | | | | |
| 16. | Yum China Holdings I (YUMC) | A | Dividend | J | T | | | | | |
| 17. | Blackrock Income Trust Inc (BKT) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Emerson, George W. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pepsico Inc (PEP) | A | Dividend | K | T | | | | | |
| 19. Wells Fargo & Co New Com (WFC) | A | Dividend | K | T | | | | | |
| 20. Fedex Corp Com (FDX) | A | Dividend | K | T | | | | | |
| 21. Royce Value Tr Inc Com (RVT) | B | Dividend | | | Sold | 10/20/17 | K | C | |
| 22. Prudential Short-Term Corp. Bond (PIFZX) | A | Dividend | K | T | Buy (add'l) | 08/09/17 | J | | |
| 23. Express Scripts Hldg Co Com (ESRX) | | None | | | Sold | 05/11/17 | K | C | |
| 24. Vanguard Index FDS Vanguard Value ETF (VTV) | A | Dividend | K | T | | | | | |
| 25. Vanguard Index FDS Vanguard Growth ETF (VUG) | A | Dividend | K | T | | | | | |
| 26. Paragon Affinity Money Mkt Savings | B | Interest | M | T | | | | | |
| 27. Schwab Govt Money Fund (SWGXX) | | None | K | T | | | | | |
| 28. Scout Emrg Mkts FD (SEMFX) | | None | | | Sold | 06/22/17 | K | | |
| 29. Oakmark Intl FD Class I (OAKIX) | A | Dividend | L | T | | | | | |
| 30. | A | Distribution | | | | | | | |
| 31. Deutsche Croci Intl FD (SCINX) | | None | | | Sold | 06/22/17 | K | A | |
| 32. Cohen Steers Qual Income (RQI) | B | Dividend | K | T | | | | | |
| 33. Eaton Vance Flting Rate (EFT) | | None | | | Sold | 01/19/17 | J | A | |
| 34. Wisdomtree Smallcap Earnings ETF (EES) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Emerson, George W. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Morgan Stanley Emerging Mkts Debt CF (MSD) | A | Dividend | J | T | | | | | |
| 36. Baron Energy & Resources FD Retail (BENFX) | | None | | | Sold | 06/22/17 | K | B | |
| 37. Deutsche Global Infrastructure S (TOLSX) | A | Dividend | | | Sold | 06/22/17 | J | A | |
| 38. Eaton Vance Global Macro Abs Ret A (EAGMX) | A | Dividend | | | Buy | 01/19/17 | J | | |
| 39. | | | | | Sold | 06/22/17 | J | A | |
| 40. CVS Health Corp. (CVS) | A | Dividend | K | T | Buy | 05/11/17 | K | | |
| 41. Eaton Vance Global Macro Abs Ret I (EIGMX) | A | Dividend | J | T | Buy | 06/22/17 | J | | |
| 42. Deutsche Croci Intl FD CL Instl (SUIIX) | A | Dividend | K | T | Buy | 06/22/17 | K | | |
| 43. Baron Energy & Resources FD Inst (BENIX) | A | Dividend | K | T | Buy | 06/22/17 | K | | |
| 44. Deutsche Global Infrastructure Inst (TOLIX) | A | Dividend | K | T | Buy | 06/22/17 | J | | |
| 45. | | | | | Buy (add'l) | 08/09/17 | J | | |
| 46. Baron Emrg Mkts FD Inst (BEXIX) | A | Dividend | K | T | Buy | 06/23/17 | K | | |
| 47. IShares Core S&P Small-Cap ETF (IJR) | A | Dividend | K | T | Buy | 10/20/17 | K | | |
| 48. Investment Account #2 (2017) (H) | | | | | | | | | |
| 49. Fidelity Advisor New Insights Fund Class I (FINSX) (X) | A | Dividend | K | T | | | | | |
| 50. AMG Yacktman Fund Service Class (YACKX) (X) | | None | | | Sold | 01/19/17 | K | A | |
| 51. Templeton Global Bond Fund Class A (TPICZ) (X) | A | Dividend | J | T | Sold (part) | 01/19/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Emerson, George W. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IShares TR Core S&P Small-Cap ETF (IJR) (X) | | None | | | Sold | 01/19/17 | J | B | |
| 53. Select Sector Spdr TR Technology (XLK) (X) | | None | | | Sold | 01/19/17 | J | C | |
| 54. Vanguard Index FDS Vanguard Value ETF (VTV) (X) | | None | | | Sold | 01/19/17 | J | D | |
| 55. Fidelity Advisor Strategic Income (FSRIX) (X) | A | Dividend | | | Sold | 01/19/17 | J | | |
| 56. Principal Midcap Fund Class A (PEMGX) (X) | A | Distribution | J | T | | | | | |
| 57. The Oakmark International Fund Class I (OAKIX) (X) | | None | | | Sold | 01/19/17 | J | | |
| 58. Mass Mutual (401K) - MFS Lifetime 2040 R2 (X) | | None | L | T | | | | | |
| 59. Schwab Govt Money Fund (SWGXX) (X) | | None | J | T | | | | | |
| 60. Deutsche Global Infrastructure (TOLSX) (X) | A | Dividend | J | T | Buy (add'l) | 01/19/17 | J | | |
| 61. Deutsche Croci Intl FD CL S (SCINX) (X) | A | Dividend | K | T | Buy (add'l) | 01/19/17 | J | | |
| 62. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 63. Lord Abbett Short Dur Income FD CL A (LALDX) (X) | A | Dividend | J | T | Buy (add'l) | 01/19/17 | J | | |
| 64. Scout Emrg Mkts FD (SEMFX) (X) | A | Distribution | | | Buy (add'l) | 01/19/17 | J | | |
| 65. | | | | | Sold | 06/29/17 | J | A | |
| 66. Carillon Scout Mid Cap FD I (UMBMX) (X) | A | Dividend | J | T | Buy | 01/19/17 | J | | |
| 67. | A | Distribution | | | | | | | |
| 68. T Rowe Price Glbl Real Estate Adv CL (PAGEX) | A | Dividend | J | T | Buy | 01/19/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Emerson, George W. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | A | Distribution | | | | | | | |
| 70. T Rowe Price Eqty Incm FD Adv (PAFDX) (X) | A | Dividend | J | T | Buy | 01/19/17 | J | | |
| 71. | A | Distribution | | | | | | | |
| 72. American Century Small Co FD Inv (ASQIX) (X) | A | Dividend | J | T | Buy | 01/19/17 | J | | |
| 73. | A | Distribution | | | | | | | |
| 74. Lord Abbett Floating (LFRAX) (X) | A | Dividend | J | T | Buy | 01/19/17 | J | | |
| 75. Virtus Seix High Yield 1 (SAMHX) (X) | A | Dividend | J | T | Buy | 01/19/17 | J | | |
| 76. Schwab Fundamental US Large ETF IV (FNDX) (X) | A | Dividend | K | T | Buy | 01/19/17 | J | | |
| 77. Schwab US Aggregate Bond ETF (SCHZ) (X) | A | Dividend | J | T | Buy | 01/19/17 | J | | |
| 78. Schwab US Large Cap Value ETF (SCHV) (X) | A | Dividend | J | T | Buy | 01/19/17 | J | | |
| 79. Schwab US Large Cap Growth ETF (SCHG) (X) | A | Dividend | J | T | Buy | 01/19/17 | J | | |
| 80. Baron Emrg Mkts FD (BEXFX) (X) | A | Dividend | J | T | Buy | 07/03/17 | J | | |
| 81. Investment Account #2 (2013) (H) | | | | | | | | | |
| 82. Pershing Prime Reserves (Money market) (X) | | None | J | T | | | | | |
| 83. FMI Large Cap Fund (FMIHX) (X) | | None | | | Sold | 08/20/13 | J | A | |
| 84. Fidelity Advisor New Insights Fund Class I (FINSX) (X) | A | Distribution | K | T | | | | | |
| 85. Fidelity Advisor Global Commodity (FFGIX) (X) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Emerson, George W. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. John Hancock Disciplined Value (JVMAX) (X) | | None | | | Sold | 08/20/13 | J | A | |
| 87. JP Morgan Core Bond Fund Select Class (WOBDX) (X) | A | Dividend | | | Sold | 08/20/13 | J | | |
| 88. Yacktman Fund Service Class (YACKX) (X) | A | Dividend | J | T | | | | | |
| 89. | A | Distribution | | | | | | | |
| 90. Manning & Napier FD Inc. World (EXWAX) (X) | | None | | | Sold | 08/20/13 | J | A | |
| 91. Pimco Total Return Class A (PTTAX) (X) | A | Dividend | | | Sold | 08/20/13 | J | | |
| 92. Prudential Jennison Mid-Cap Growth (PEEAX) (X) | | None | | | Sold | 08/20/13 | J | A | |
| 93. Templeton Global Bond Fund Class A (TPINX) (X) | A | Dividend | J | T | | | | | |
| 94. IShares TR MSCI EAFE Index FD (EFA) (X) | A | Dividend | J | T | | | | | |
| 95. IShares TR Core S&P Small-Cap ETF (IJR) (X) | A | Dividend | J | T | | | | | |
| 96. Powershares Exchange-Traded FD (PID) (X) | A | Dividend | J | T | | | | | |
| 97. Select Sector Spdr TR Technology (XLK) (X) | A | Dividend | J | T | | | | | |
| 98. Vanguard Index FDS Vanguard Value ETF (VTV) (X) | A | Dividend | K | T | | | | | |
| 99. Fidelity Advisor Strategic Income (FSRIX) (X) | A | Dividend | J | T | | | | | |
| 100. Powershares Exch Traded FD TR Dynamic (PKW) (X) | A | Dividend | J | T | Buy | 08/20/13 | J | | |
| 101. Principal Midcap Fund Class A (PEMGX) (X) | A | Distribution | J | T | Buy | 08/20/13 | J | | |
| 102. The Oakmark International Fund Class I (OAKIX) (X) | A | Dividend | J | T | Buy | 08/20/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Emerson, George W. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | A | Distribution | | | | | | | |
| 104. Mass Mutual (401K) - MFS Lifetime 2040 R2 (X) | | None | J | T | | | | | |
| 105. Investment Account #2 (2014) (H) | | | | | | | | | |
| 106. Pershing Prime Reserves (Money Market) (X) | | None | | | Closed | 07/15/14 | J | | |
| 107. Fidelity Advisor New Insights Fund Class I (FINSX) (X) | B | Distribution | K | T | | | | | |
| 108. | A | Dividend | | | | | | | |
| 109. Fidelity Advisor Global Commodity (FFGIX) (X) | A | Dividend | J | T | | | | | |
| 110. AMG Yacktman Fund Service Class (YACKX) (X) | A | Dividend | K | T | | | | | |
| 111. | A | Distribution | | | | | | | |
| 112. Templeton Global Bond Fund Class A (TPICZ) (X) | A | Dividend | J | T | | | | | |
| 113. IShares TR MSCI EAFE Index FD (EFA) (X) | A | Dividend | J | T | | | | | |
| 114. IShares TR Core S&P Small-Cap ETF (IJR) (X) | A | Dividend | J | T | | | | | |
| 115. Powershares Exchange-Traded FD (PID) (X) | A | Dividend | J | T | | | | | |
| 116. Select Sector Spdr TR Technology (XLK) (X) | A | Dividend | J | T | | | | | |
| 117. Vanguard Index FDS Vanguard Value ETF (VTV) (X) | A | Dividend | K | T | | | | | |
| 118. Fidelity Advisor Strategic Income (FSRIX) (X) | A | Dividend | J | T | | | | | |
| 119. | A | Distribution | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Emerson, George W. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Powershares Exch Traded FD TR Dynamic (PKW) (X) | A | Dividend | J | T | | | | | |
| 121. Principal Midcap Fund Class A (PEMGX) (X) | A | Distribution | J | T | | | | | |
| 122. The Oakmark International Fund Class I (OAKIX) (X) | A | Dividend | J | T | | | | | |
| 123. | A | Distribution | | | | | | | |
| 124. Mass Mutual (401K) - MFS Lifetime 2040 R2 (X) | | None | J | T | | | | | |
| 125. Schwab Govt Money Fund (SWGXX) (X) | | None | J | T | Open | 07/17/14 | J | | |
| 126. Investment Account #2 (2015) (H) | | | | | | | | | |
| 127. Fidelity Advisor New Insights Fund Class I (FINSX) (X) | A | Distribution | K | T | | | | | |
| 128. | A | Dividend | | | | | | | |
| 129. Fidelity Advisor Global Commodity (FFGIX) (X) | | None | | | Sold | 04/08/15 | J | | |
| 130. AMG Yacktman Fund Service Class (YACKX) (X) | A | Dividend | K | T | | | | | |
| 131. | B | Distribution | | | | | | | |
| 132. Templeton Global Bond Fund Class A (TPICZ) (X) | A | Dividend | J | T | | | | | |
| 133. IShares TR MSCI EAFE Index FD (EFA) (X) | A | Dividend | | | Sold | 09/16/15 | J | A | |
| 134. IShares TR Core S&P Small-Cap ETF (IJR) (X) | A | Dividend | J | T | | | | | |
| 135. Powershares Exchange-Traded FD (PID) (X) | A | Dividend | | | Sold | 09/16/15 | J | | |
| 136. Select Sector Spdr TR Technology (XLK) (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Emerson, George W. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Vanguard Index FDS Vanguard Value ETF (VTV) (X) | A | Dividend | K | T | | | | | |
| 138. Fidelity Advisor Strategic Income (FSRIX) (X) | A | Dividend | J | T | | | | | |
| 139. | A | Distribution | | | | | | | |
| 140. Powershares Exch Traded FD TR Dynamic (PKW) (X) | A | Dividend | | | Sold | 06/01/15 | J | B | |
| 141. Principal Midcap Fund Class A (PEMGX) (X) | A | Distribution | J | T | | | | | |
| 142. The Oakmark International Fund Class I (OAKIX) (X) | A | Dividend | J | T | | | | | |
| 143. | A | Distribution | | | | | | | |
| 144. Mass Mutual (401K) - MFS Lifetime 2040 R2 (X) | | None | K | T | | | | | |
| 145. Schwab Govt Money Fund (SWGXX) (X) | | None | J | T | | | | | |
| 146. Deutsche Global Infrastructure (TOLSX) (X) | A | Dividend | J | T | Buy | 04/08/15 | J | | |
| 147. | A | Distribution | | | | | | | |
| 148. Deutsche Croci Intl FD CL S (SCINX) (X) | A | Dividend | J | T | Buy | 06/01/15 | J | | |
| 149. Lord Abbett Short Dur Income FD CL A (LALDX) (X) | A | Dividend | J | T | Buy | 06/01/15 | J | | |
| 150. Scout Emrg Mkts FD (SEMFX) (X) | A | Dividend | J | T | Buy | 09/17/15 | J | | |
| 151. Investment Account #2 (2016) (H) | | | | | | | | | |
| 152. Fidelity Advisor New Insights Fund Class I (FINSX) (X) | B | Distribution | K | T | | | | | |
| 153. AMG Yacktman Fund Service Class (YACKX) (X) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Emerson, George W. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | B | Distribution | | | | | | | |
| 155. Templeton Global Bond Fund Class A (TPICZ) (X) | A | Dividend | J | T | | | | | |
| 156. IShares TR Core S&P Small-Cap ETF (IJR) (X) | A | Dividend | J | T | | | | | |
| 157. Select Sector Spdr TR Technology (XLK) (X) | A | Dividend | J | T | | | | | |
| 158. Vanguard Index FDS Vanguard Value ETF (VTV) (X) | A | Dividend | K | T | | | | | |
| 159. Fidelity Advisor Strategic Income (FSRIX) (X) | A | Dividend | J | T | | | | | |
| 160. Principal Midcap Fund Class A (PEMGX) (X) | A | Dividend | J | T | | | | | |
| 161. | A | Distribution | | | | | | | |
| 162. The Oakmark International Fund Class I (OAKIX) (X) | A | Dividend | J | T | | | | | |
| 163. Mass Mutual (401K) - MFS Lifetime 2040 R2 (X) | | None | K | T | | | | | |
| 164. Schwab Govt Money Fund (SWGXX) (X) | | None | J | T | | | | | |
| 165. Deutsche Global Infrastructure (TOLSX) (X) | A | Dividend | J | T | | | | | |
| 166. Deutsche Croci Intl FD CL S (SCINX) (X) | A | Dividend | J | T | | | | | |
| 167. Lord Abbett Short Dur Income FD CL A (LALDX) (X) | A | Dividend | J | T | | | | | |
| 168. Scout Emrg Mkts FD (SEMFX) (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Emerson, George W. | 08/06/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts

Assets that became reportable due to marriage in May 2013 were inadvertently omitted from the 2013 - 2016 Financial Disclosure Reports. The assets and transactions for the current reporting period begin at line 48, under the header "Investment Account #2 (2017)." The assets and transactions for prior reporting periods have been included in Part VII as follows:

Lines 81 - 104: Investment Account #2 (2013)

Lines 105 - 125: Investment Account #2 (2014)

Lines 126 - 150: Investment Account #2 (2015)

Lines 151 - 168: Investment Account #2 (2016)

Additional Explanations:

Line 110: Fund name changed from Yacktman Fund Service Class to AMG Yacktman Fund Service Class.

Line 112: Ticker Symbol for Templeton Global Bond Fund Class A changed from TPINX to TPICZ.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ George W. Emerson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544